

## Synopsis
(Indictment)

1:24-cr-00070-JAW

| Name: | | Shahied R. Golden |
|---|---|---|
| **Address:** (City & State Only) | | Lewiston, Maine |
| **Year of Birth and Age:** | | 1994, 29 |
| **Violations:** | Count 1: | Wire Fraud, in violation of 18 U.S.C. § 1343 (Class C felony) |
| **Penalties:** | Count 1: | Up to 20 years imprisonment and a fine that is the greater of $250,000 or twice the gain or loss. *See* 18 U.S.C. §§ 1343, 3571(b)(3), (d). |
| **Supervised Release:** | Count 1: | Not more than 3 years. *See* 18 U.S.C. §§ 3559(a)(3), 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Count 1: | Not more than 2 years. *See* 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Count 1: | Not more than 3 years, less any term of imprisonment. *See* 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | | Jeff Silverstein, Esq. |
| **Primary Investigative Agency and Case Agent Name:** | | Loren Thresher, HSI |
| **Detention Status:** | | Arrest warrant requested |
| **Foreign National:** | | No |
| **Foreign Consular Notification Provided:** | | N/A |
| **County:** | | Penobscot |
| **AUSA:** | | Alisa Ross |
| **Guidelines apply? Y/N** | | Y |

| Victim Case: | Y |
|---|---|
| Corporate Victims Owed Restitution? Y/N | N |
| Assessments: | $100 per count |