# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:24-cr-00070-JAW |
| SHAHIED R. GOLDEN | |



## PRAECIPE FOR WARRANT

The United States requests that the Clerk of the Court issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled case.

Date: June 12, 2024

/s/ Alisa Ross
Assistant U.S. Attorney